(96 South. 643)

**Ex parte HUCKABAA. (4 Div. 60.)**

(Supreme Court of Alabama. April 26, 1923. Rehearing Denied May 24, 1923.)

Certiorari to Court of Appeals.

Petition of George O. Huckabaa for certiorari to the Court of Appeals, to review and revise the judgment and decision in the case of George O. Huckabaa v. State, 96 South. 642. Writ denied.

A. Whaley, of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Writ denied.